

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.   No. 4:22-MJ-287

GREGORY LLOYD BENEDICT (01)

## CRIMINAL COMPLAINT

I, Task Force Officer Casey Brashear, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

On or about November 07, 2020, in the Fort Worth Division of the Northern District of Texas, defendant, **GREGORY LLOYD BENEDICT**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term in excess of one year, knowingly possessed a firearm, to wit, Walther Arms Model P99, 9mm caliber handgun, with serial number 065681, and the firearm was in and affecting interstate commerce. All done violation of 18 U.S.C. § 922(g)(1).

**Probable Cause:**

I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been so since 2014. I am currently assigned to the Fort Worth Field Office in the Dallas Field Division. I am currently assigned to investigate violations of federal law, including violations of 18 U.S.C. § 922. The statements set forth in this affidavit are true and correct to the best of my knowledge and belief but are not inclusive of all evidence or information in the case.

Criminal Complaint - Page 1

1. The United States, including the FBI, is conducting a criminal investigation of **BENEDICT** regarding possible violations of 18 U.S.C. § 922(g) due to the FBI receiving a tip on or about February 01, 2022, stating that **BENEDICT** was purchasing precursor-related items such as: a significant amount of gun parts and accessories, body armor, tactical gear, police patches, fake FBI badges, and acetone.

2. Title 18 U.S.C. § 922(g) prohibits anyone who has been convicted of a crime punishable for a term exceeding one year from possessing any firearm or ammunition. **BENEDICT** is currently a resident of Arlington, Texas. **BENEDICT** was previously convicted in Sacramento, California in 2010 for a violation of California Penal Code 12021 (c) (2) which makes it unlawful for anyone who has a prior felony or listed misdemeanors and owns, receives, or sells a firearm and California Penal Code 12316 (b) (1) which makes it unlawful for a person who is prohibited from possessing a firearm to possess ammunition, both are felonies, that is, crimes punishable for a term exceeding one year. **BENEDICT** ultimately pled guilty to both charges. Accordingly, **BENEDICT** is prohibited from possessing a firearm or ammunition.

3. In March 2022, FBI agents contacted the Sacramento County Adult Probation and received a probation report that indicated that on September 08, 2009, **BENEDICT** received a misdemeanor conviction for violating California Penal Code 273.5 (a) Corporal Injury to spouse. The court ordered **BENEDICT** to surrender all firearms and ammunition pursuant to section 12021 of California Penal Code and show proof on September 18, 2009. **BENEDICT** was also ordered to participate in a batterers'

treatment program, which **BENEDICT** failed to comply. On December 29, 2009, **BENEDICT** was remanded for violation of his court orders and the judge ordered Probation to search **BENEDICT's** residence for firearms. The search at **BENEDICT's** residence revealed three (3) firearms: a .308 caliber rifle, a .22 caliber rifle, and a .357 magnum revolver with laser sight. Probation officers also found hundreds of live rounds of various caliber ammunition, including shotgun shells, as well as firearms accessories such as unloaded magazines, holsters, speed loaders, and carrying cases, reloading supplies, and firearms maintenance tools. **BENEDICT** was subsequently charged with and pled guilty to the felonies described above.

4. On or about March 11, 2022, FBI agents conducted a pawn shop history check on **BENEDICT** which showed that on November 07, 2020, **BENEDICT** pawned a Walther Arms Model P99, 9mm caliber handgun, with serial number 065681 at Guns & Gold Pawn located at 3701 West Pioneer Parkway, Arlington, Texas 76013.

5. On or about March 14, 2022, FBI agents obtained a receipt from Guns & Gold Pawn located at 3701 West Pioneer Parkway, Arlington, Texas 76013. The receipt depicted a loan given by the store to **BENEDICT** for a pistol, Walther Arms Model P99 AS, Serial Number 065681, 2 tone semi-automatic. **BENEDICT** used a Missouri ID, for this transaction.

6. On or about March 14, 2022, the FBI made contact with the manager of the In Town Suites located at XXXX South Cooper Street, Arlington, Texas 76015. The manager provided an occupant list which confirmed **BENEDICT** was staying in room

#XXX. The manager provided the FBI with a copy of **BENEDICT's** Missouri ID that was used upon checking in by **BENEDICT**. The Missouri ID number matches that of the one used to pawn the firearm with Guns & Gold Pawn.

7. In November 2021, Guns & Gold Pawn located at 3701 West Pioneer Parkway, Arlington, Texas 76013 sold the firearm to an individual who was later arrested by Grand Prairie Police Department in February 2022. On April 12, 2022, an ATF Interstate Nexus expert determined based on description provided by the pawn shop and photographs provided by Grand Prairie Police Department that the Walther Arms Model P99, 9mm caliber handgun, with serial number 065681 was manufactured outside the state of Texas and, therefore, would have had to move in, and affect interstate commerce to reach the state of Texas.

**Conclusion:**

Based upon the above facts and circumstances, I respectfully submit that there is probable cause to believe that **GREGORY LLOYD BENEDICT** did possess a firearm in violation of Title 18, United States Code, Section 922(g)(1).

_____
Casey Brashear
Task Force Officer
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence on this 21ST day of April, 2022, at 2:59 a.m./p.m., in Fort Worth, Texas.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint - Page 4