AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ TEXAS

UNITED STATES

V.

GREGORY LLYOD BENEDICT

## EXHIBIT AND WITNESS LIST

Case Number: 4:22-MJ-278

| PRESIDING JUDGE HAL R. RAY, JR. | PLAINTIFF'S ATTORNEY LAURA MONTES | DEFENDANT'S ATTORNEY MICHAEL LEHMANN |
|---|---|---|
| TRIAL DATE (S) DET AND PRELIM HRNG 5/10/2022 | COURT REPORTER DIGITAL | COURTROOM DEPUTY E. MOORE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/10/2022 | YES | YES | Gov't Exhibit 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | 1 | 5/10/2022 | YES | YES | Deft Exhibit 1 |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |
| | | | | | Returned to Offering Party _____ Received by: _____ |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 1 0 2022

CLERK, U.S. DISTRICT COURT
By _____
Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.





CARDELS 800-763-6300

GOVERNMENT
EXHIBIT
3











GOVERNMENT
EXHIBIT
6

















CARDELS 800-783-8399
GOVERNMENT
EXHIBIT
10

| Parkland Health & Hospital System | Patient Name: BENEDICT, GREGORY |
| Dallas County Jail Health | Book-in Number: 22015228 |
| Dallas, Texas | Date of Birth: 09/04/1969 |
| | Age: 52 year |
| | Race: W |
| MEDICAL – INFIRMARY ADMISSION NOTE | Jail Tower: NORTH TOWER GF 01 |
| Page 2 of 9 | Tank: NG01 |
| | AIS Number: 3133670 |
| | Parkland MRN: |
| | Date: 05/04/2022 14:47 |

**Allergies:**
*Penicillins*

---

**Current Vital Signs: 5/4/2022**

| | |
|---|---|
| BP: | 113 / 60 (Supine) |
| Temperature: | 97.8 (Temporal) |
| Pulse: | 81 (Supine) |
| Respiration: | 16 / min |
| O2Saturation: | 98 % |
| Weight: | |
| Height: | 70 In. |

Intake Note Reviewed
MAP Note Reviewed
LPIC Reviewed

MEDICAL PROVIDER ENCOUNTER NOTE –

TYPE OF VISIT:

INFIRMARY PROVIDER VISIT.

SUBJECTIVE / HISTORY OF PRESENTING ILLNESS:

52 y/o male with h/o HTN, Chronic Arthritis of Bilateral knees and Hips and low Back (States per his doctor in the free world he needs joint replacement procedures), Type 1DM on Insulin pump in the free world, Asthma, Diabetic Neuropathy, Hypothyroid, Diabetic retinopathy for both eyes and OSA on CPAP in the free world. He was sent to PMH as his glucose was very elevated as he missed 4 days of his Insulin. He was admitted at PMH from 4/29/22 to 5/3/22 for Diabetic Ketoacidosis. He was restarted on Insulin both Lantus and Aspartame and IVF. His condition resolved. H/O of IBS. His BMs improved by the time of discharge. He was referred to Diabetes clinic for DM and GI clinic for IBS. He was started on Levothyroxine 125 mcgm by the Endocrinologist. Pt states he is still in pain from his joints and needs stronger pain medicine. No other complaints voiced.

OTHER:

Recent PCP Visit in the free world



DEFENDANT'S EXHIBIT

CASE NO. 4:22-mj-287

EXHIBIT NO. 1